UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE REV. DR. MICHAEL
A. NEWDOW, et al.,

        NO. CIV. S-05-17 LKK/DAD

    Plaintiffs,

  v.                       O R D E R

THE CONGRESS OF THE UNITED
STATES OF AMERICA, et al.,

    Defendants.
_____/

    The court is in receipt of proposed orders granting the pro hac vice applications of Jared N. Leland, Anthony R. Picarello, Jr., and Eric C. Rassbach.  The court's docket contains no application by any of the above-referenced attorneys.  Accordingly, the court DENIES the proposed orders granting such applications.

    IT IS SO ORDERED.

    DATED:  June 10, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT