1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  THE REV. DR. MICHAEL
    A. NEWDOW, et al.,
12                                      NO. CIV. S-05-17 LKK/DAD

13          Plaintiffs,

14      v.                                    O R D E R

15  THE CONGRESS OF THE UNITED
    STATES OF AMERICA, et al.,
16
            Defendants.
17  _____/

18      The court's September 14, 2005 order is amended at 30:21,

19  footnote 22, to add the word "years" following the phrase "one

20  hundred."

21      IT IS SO ORDERED.

22      DATED:  September 14, 2005.

23
                            /s/Lawrence K. Karlton
24                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
25                          UNITED STATES DISTRICT COURT

26