UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE REV. DR. MICHAEL
A. NEWDOW, et al.,

NO. CIV. S-05-17 LKK/DAD

    Plaintiffs,

  v.                                      O R D E R

THE CONGRESS OF THE UNITED
STATES OF AMERICA, et al.,

    Defendants.
_____/

    On October 5, 2005, a Status Conference was held in the above-captioned matter.  Based on that hearing, the court hereby ORDERS as follows:

    1.  Plaintiffs are directed to file affidavits in support an injunction regarding their standing and the merits no later than 4:00 p.m. on October 26, 2005. By such date and time, defendants are directed to file a motion for summary judgment as to the Elverta Joint Elementary School District, if appropriate.

////

1

2.  Defendants are directed to file responsive affidavits, if any, by November 16, 2005 no later than 4:00 p.m..  Plaintiffs shall file an opposition to defendants' motion for summary judgment as described in ¶ 1 by November 16, 2005 no later than 4:00 p.m. No reply brief will be entertained.[1]

3.  The hearing date for the motion to certify for interlocutory appeal, scheduled for October 24, 2005, is VACATED.

IT IS SO ORDERED.

DATED:   October 11, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The matter will stand submitted and the court will schedule a hearing if necessary.