1  **PORTER, SCOTT, WEIBERG & DELEHANT**
   A Professional Corporation
2  Terence J. Cassidy, SBN 099180
   Michael W. Pott, SBN 186156
3  350 University Avenue, Suite 200
   Sacramento, California 95825
4  (916) 929-1481
   (916) 927-3706 (facsimile)
5
   Attorneys for Defendants ELK GROVE UNIFIED SCHOOL DISTRICT, DR. STEVEN
6  LADD, SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, DR. M. MAGDALENA
   CARRILLO MEJIA, ELVERTA JOINT ELEMENTARY SCHOOL DISTRICT, DR.
7  DIANNA MANGERICH, RIO LINDA UNION SCHOOL DISTRICT and FRANK S.
   PORTER
8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | THE REV. DR. MICHAEL A. NEWDOW | Case No.: CIV 05-0017 LKK DAD |
   | IN PRO PER, JAN DOE AND PAT DOE, |
13 | PARENTS; DOECHILD, A MINOR | **STIPULATION OF DISMISSAL AND** |
   | CHILD; JAN ROE; PARENT; ROECHILD- | **ORDER** |
14 | 1 AND ROECHILD-2, MINOR |
   | CHILDREN, |
15
               Plaintiffs,
16
   vs.
17
   THE CONGRESS OF THE UNITED
18 STATES OF AMERICA; THE UNITED
   STATES OF AMERICA; THE STATE OF
19 CALIFORNIA; THE ELK GROVE
   UNIFIED SCHOOL DISTRICT
20 ("EGUSD"); DR. STEVEN LADD,
   SUPERINTENDENT, EGUSD; THE
21 SACRAMENTO CITY UNIFIED SCHOOL
   DISTRICT ("SCUSD"); DR. M.
22 MAGDALENA CARRILLO MEJIA,
   SUPERINTENDENT, SCUSD; THE
23 ELVERTA JOINT ELEMENTARY
   SCHOOL DISTRICT ("EJESD"); DR.
24 DIANNA MANGERICH,
   SUPERINTENDENT, EJESD; THE RIO
25 LINDA UNION SCHOOL DISTRICT
   ("RLUSD"); FRANK S. PORTER,
26 SUPERINTENDENT, RLUSD;

27             Defendants.
                                          /
28 ///

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00395398.WPD    STIPULATION OF DISMISSAL AND ORDER
                              1

1  Plaintiffs JAN DOE AND PAT DOE, PARENTS; DOECHILD, A MINOR CHILD;
2  JAN ROE; PARENT; ROECHILD-1 AND ROECHILD-2, MINOR CHILDREN, by and
3  through their counsel of record, Michael A. Newdow, and Defendant ELVERTA JOINT
4  ELEMENTARY SCHOOL DISTRICT by and through its counsel of record, Michael W.
5  Pott, hereby stipulate that Plaintiffs JAN ROE and ROECHILD-1 are dismissing the
6  Complaint in its entirety without prejudice as it pertains to ELVERTA JOINT
7  ELEMENTARY SCHOOL DISTRICT. This stipulation will result in the dismissal from this
8  lawsuit of ROECHILD-1 and the ELVERTA JOINT ELEMENTARY SCHOOL DISTRICT.
9  All parties are to bear their own fees and costs.

Dated: 24 OCT 05

_____
Michael A. Newdow
Counsel for Plaintiffs THE REV. DR. MICHAEL A. NEWDOW IN PRO PER, JAN DOE AND PAT DOE, PARENTS; DOECHILD, A MINOR CHILD; JAN ROE; PARENT; ROECHILD-1 AND ROECHILD-2, MINOR CHILDREN

Dated: 10/25/05

PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation

By _____
Michael W. Pott
Attorney for Defendants
ELK GROVE UNIFIED SCHOOL DISTRICT, DR. STEVEN LADD, SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, DR. M. MAGDALENA CARRILLO MEJIA, EL VERTA JOINT ELEMENTARY SCHOOL DISTRICT, DR. DIANNA MANGERICH, RIO LINDA UNION SCHOOL DISTRICT and FRANK S. PORTER

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A Professional Corporation
350 University Ave., Suite 200
P.O. Box 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00395398.WPD       STIPULATION OF DISMISSAL AND ORDER

2

1  **IT IS SO ORDERED.**
2  Dated: 10/26/05      /s/ Lawrence K. Karlton
                        Lawrence K. Karlton
3                       Judge of the United States District Court

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 University Ave., Suite 200
P.O. Box 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com